# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VEGA,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant, | Case No.: 3:22-cv-01239-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff MARIO VEGA ("Plaintiff"), and Defendant COMENITY BANK, ("Defendant") (collectively "Parties"), made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

**IT IS HEREBY ORDERED**, that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, including all claims

///

against Defendant, with prejudice.  The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  February 16, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge